IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.  07-00415-CG** |
| **v.** | * | |
| | * | |
| **KINGSLEY LYDELL WRIGHT** | * | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that pursuant to Title 21 U.S.C. §853(n)(1) and Federal Rule of Civil Procedure Rule G(4)(a)(iv)(C) in lieu of newspaper publication, the government may publish notice "by posting notice on an official internet government forfeiture site for at least 30 consecutive days."

All other provisions of the previously entered Preliminary Order of Forfeiture (Doc.33) shall remain in effect.

DATED this 11th day of March, 2009.

/s/ Callie V. S. Granade
CALLIE V. S. GRANADE
CHIEF UNITED STATES DISTRICT JUDGE