**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.   07-00415-CG** |
| **v.** | * | |
| | * | |
| **KINGSLEY LYDELL WRIGHT** | * | |

**FINAL JUDGMENT OF FORFEITURE**

On April 3, 2008, a Bench trial on stipulated facts was had as to Counts 1 and 3 of the

Superseding Indictment against Defendant **KINGSLEY LYDELL WRIGHT**, said counts

charging him with conspiracy to possess with intent to distribute crack cocaine in violation of

Title 21, United States Code, Section 846  and possession with intent to distribute crack cocaine

in violation of Title 21, United States Code, Section 841(a)(1).[1]  The defendant was found guilty

and convicted of those counts. (Doc. 31).  The written stipulation of facts entered into between

the parties stipulated that the **$1, 770.00 (One thousand seven hundred seventy dollars) in**

**United States currency** found and seized during the execution of a search warrant at

defendant's residence on January 9, 2008,  constitutes drug proceeds and is forfeitable to the

United States.

The United States properly published notice of the forfeiture of the above-described

property and the requirements for filing a claim for the property for 30 consecutive days, starting

March 13, 2009, on www.forfeiture.gov .  A Proof of Publication was filed on April 13, 2009,

(Doc. 52), specifying the details of this publication.  No third-parties have come forward to

---

[1]The defendant had earlier entered a guilty plea to Count Two of the Superseding
Indictment, also charging a violation of Title 21, United States Code, Section 841(a)(1). (Doc.
27).

assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that the following property is forfeited to the United States of America pursuant to Title 21,

United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b),

for disposition according to law:

> **Approximately $1,770.00 (One thousand seven hundred seventy dollars) in United States currency seized from defendant KINGSLEY LYDELL WRIGHT'S residence on January 9, 2008.**

**IT IS FURTHER ORDERED** that this court shall retain jurisdiction in the case for the

purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3)

certified copies of this Order to Assistant United States Attorney George F. May.

**DONE** and **ORDERED** this 5th day of June, 2009.

/s/ Callie V. S. Granade_____
CHIEF UNITED STATES DISTRICT JUDGE