Case 1:07-cr-00415-CG-M   Document 68   Filed 06/15/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> **KINGSLEY LYDELL WRIGHT** <br> Date of Original Judgment: 07-08-2008 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Case No: 07-00415-001 <br> ) USM No: 10132-003 <br> ) <br> ) Carlos Williams <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  121 months, all counts  months **is reduced to**  120 months (see comments)  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The amended sentence is now 120 months on Counts 1 & 3, and 78 months on Count 2, said terms to run concurrently. Counts 1 & 3 carry a mandatory minimum 10 year sentence.

Except as otherwise provided, all provisions of the judgment dated  07-08-2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06-15-2015

Callie V.S. Granade
U.S. District Judge

*Digitally signed by Callie V.S. Granade U.S. District Judge*
*DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US*
*Date: 2015.06.15 10:55:15 -06'00'*

*Judge's signature*

Effective Date:  11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*